ACCEPTED
03-14-00117-CV
4058366
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/6/2015 3:11:54 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00117-CV

| | | |
|---|---|---|
| **NASH JESUS GONZALES and** | § | **IN THE COURT OF APPEALS** |
| **GONZALES & GONZALES, P.C.,** | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| **Appellants** | § | |
| **V.** | § | **THIRD JUDICIAL DISTRICT** 2/6/2015 3:11:54 PM |
| | § | JEFFREY D. KYLE<br>Clerk |
| **MARISSA ANN GONZALES** | § | |
| **Appellee** | § | **AUSTIN, TEXAS** |

### APPELLEE'S UNOPPOSED MOTION FOR A COPY OF THE RECORD

TO THE HONORABLE COURT:

COMES NOW Appellee Marissa Ann Gonzales, and files her Unopposed Motion for a Copy of the Record and respectfully shows the Court as follows:

### I.
### MOTION FOR A COPY OF THE RECORD

Although the clerk's record and reporter's record have been prepared in this case, the trial court ordered these records sealed by order dated September 15, 2011.

Appellee is in need of both the clerk's record and reporter's record to prepare Appellee's Brief. Appellee may also be required to recite or include portions of the record in Appellee's Brief or Appendix. Therefore, Appellee respectfully requests that this Court permit the Clerk to provide an electronic copy of the complete clerk's record and reporter's record in this matter to Appellee's attorneys. Appellee also respectfully requests that this Court allow Appellee to cite

to and/or include portions of the clerk's record and reporter's record in Appellee's Brief and in the Appendix, as necessary.

Appellee will use all due care to prevent disclosure of any information in the record and to keep all information in the record confidential in the preparation of Appellee's Brief except for the limited purpose and use as set forth in this motion.

## II.
### CONCLUSION AND PRAYER

For the reasons discussed above, Appellee Marissa Ann Gonzales respectfully requests that the Court grant her Motion for a Copy of the Record and grant her requested use of the record as set forth in this motion.

Respectfully submitted,

SAVRICK, SCHUMANN, JOHNSON, MCGARR, KAMINSKI & SHIRLEY, LLP

C. Wilson Shirley III
State Bar No. 00795647
Jessica Marcoux Hall
State Bar No. 24046348
The Overlook at Gaines Ranch
4330 Gaines Ranch Loop, Suite 150
Austin, Texas 78735
512-347-1604
512-347-1676 Facsimile
Email:     wilson@ssjmlaw.com
Email:     jessica@ssjmlaw.com

**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Thomas Cowart, counsel for Appellants, by telephone on February 6, 2015 and he stated that he is not opposed to this Motion for a Copy of the Record.

Jessica Marcoux Hall

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion for Substitution of Counsel has been served on the following via the Efile system on this 6th day of February, 2015:

Thomas B. Cowart, Via email: tom@tcowart.com
WASOFF & COWART, PLLC
100 North Central Expressway, Suite 901
Richardson, Texas 75080

Jessica Marcoux Hall